# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN GREENWAY, individually,<br><br>Plaintiff,<br><br>v.<br><br>JASON BLONSKA, individually; LEANN KAUFMAN, individually; BLONSKA & KAUFMAN, LLP; MORGAN STANLEY SMITH BARNEY, LLC; THE SHADDEN GROUP AT MORGAN STANLEY SMITH BARNEY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  8:13-CV-01073 CJC (RNBx)<br><br>**JUDGMENT ON DISMISSAL**<br><br>Courtroom:      9B<br>Judge:            Cormac J. Carney<br>Magistrate Judge: Robert N. Block<br>Complaint Filed: July 17, 2013<br>Trial Date:       None set |

On October 11, 2013, the Court granted Defendant JASON BLONSKA's Motion to Dismiss and Defendants JASON BLONSKA, LEANN KAUFMAN and BLONSKA & KAUFMAN, LLP's ("Defendants") Special Motion to Strike in this case pursuant to Code of Civil Procedure § 425.16.  On December 19, 2013, the Court granted in substantial part Defendants' Motion for Attorney's Fees.  In accordance with those Orders;

///

///

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) This action is dismissed as to Defendants JASON BLONSKA; LEANN KAUFMAN and BLONSKA & KAUFMAN, LLP and judgment is hereby entered in favor of JASON BLONSKA; LEANN KAUFMAN and BLONSKA & KAUFMAN, LLP;

(2) Plaintiff JOANN GREENWAY shall take nothing by way of her complaint against Defendants JASON BLONSKA; LEANN KAUFMAN and BLONSKA & KAUFMAN, LLP; and

(3) Defendants JASON BLONSKA; LEANN KAUFMAN and BLONSKA & KAUFMAN, LLP shall recover from Plaintiff attorney's fees in the amount of $32,226.25 with interest accruing at the rate of 10% from the date the judgment was entered in the attorney's fee award.

IT IS SO ORDERED.

DATED: January 06, 2014         By: _____
                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT
                                    COURT JUDGE

15763237v1